UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMAURY URENA,<br><br>                              Plaintiff,<br><br>         -against-<br><br>THE CITY OF NEW YORK, et al.,<br><br>                              Defendants. | 1:23-cv-06967 (JLR)<br><br>**ORDER OF SERVICE** |

JENNIFER L. ROCHON, United States District Judge:

Plaintiff, who is appearing *pro se*, brings this action under 42 U.S.C. § 1983, alleging that Defendants violated his rights. By order dated August 29, 2023, the Court granted Plaintiff's request to proceed *in forma pauperis* ("IFP"), that is, without prepayment of fees. ECF No. 2.

## DISCUSSION

Because Plaintiff has been granted permission to proceed IFP, he is entitled to rely on the Court and the U.S. Marshals Service to effect service.[1] *See Walker v. Schult*, 717 F.3d 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (stating that the court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP).

To allow Plaintiff to effect service on Defendants – the City of New York, Officer Will Rodriguez (Shield #19485), Officer Lauren Moriarty (Shield #14377), Officer Imran Alli (Shield

---

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that summonses be served within 90 days of the date the complaint is filed, Plaintiff is proceeding IFP and could not have served summonses and the Complaint until the Court reviewed the Complaint and ordered that summonses be issued. The Court therefore extends the time to serve until 90 days after the date summonses are issued.

#955709), and Sergeant Juan Candelario – through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for each Defendant.  The Clerk of Court is further instructed to issue summonses and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon Defendants.

If the Complaint is not served within 90 days after the date the summonses are issued, Plaintiff should request an extension of time for service.  *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service).

Plaintiff must notify the Court in writing if his address changes, and the Court may dismiss the action if Plaintiff fails to do so.

## CONCLUSION

The Clerk of Court is directed to issue summonses for the City of New York, Officer Will Rodriguez (Shield #19485), Officer Lauren Moriarty (Shield #14377), Officer Imran Alli (Shield #955709), and Sergeant Juan Candelario; complete the USM-285 forms with the addresses for each Defendant; and deliver all documents necessary to effect service to the U.S. Marshals Service.

The Clerk of Court is further directed to mail this Order and an information package to Plaintiff.

SO ORDERED.

Dated: September 5, 2023
New York, New York

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge

**DEFENDANTS AND SERVICE ADDRESSES**

1. The City of New York
   New York City Law Department
   100 Church Street
   New York, NY 10007

2. Officer Will Rodriguez
   Precinct Shield #19485
   830 Washington Avenue
   Bronx, NY 10451

3. Officer Lauren Moriarty, Shield #14377
   830 Washington Avenue
   Bronx, NY 10451

4. Officer Imran Alli, Shield #955709
   830 Washington Avenue
   Bronx, NY 10451

5. Sergeant Juan Candelario
   830 Washington Avenue
   Bronx, NY 10451