

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NEW YORK 10007

**ZACHARY KALMBACH**
*Senior Counsel*
phone: (212) 356-2322
fax: (212) 356-3509
zkalmbac@law.nyc.gov

May 28, 2024

**BY ECF**
Honorable Katherine H. Parker
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/29/2024
```

**MEMO ENDORSED**

Re: Urena v. The City of New York et al.,
23 Civ. 6967 (JLR) (KHP)

Your Honor:

I represent the defendants the City of New York, New York City Police Department ("NYPD") Officer Will Rodriguez, Officer Lauren Moriarty, Officer Imran Alli, and Sergeant Juan Candelario in the above-referenced matter.[1] Defendants write to respectfully request that the Court adjourn the Initial Conference currently scheduled for June 27, 2024, at 11:00 a.m., to a later date convenient for the Court. Plaintiff has indicated that he does not consent to this request because "delays will prevent the furtherance of justice in this case."

By way of background, on May 20, 2024, the Court scheduled the Initial Conference for June 27, 2024, at 11:00 a.m. (ECF No. 35). Unfortunately, I will be out of the country on previously-schedule leave from June 24 to July 1, 2024. In light of this conflict, defendants respectfully request a brief adjournment of the June 27, 2024, Initial Conference to a later date convenient for the Court. For the Court's convenience, the parties are available on: (a) July 8, 2024, at any time; (b) July 9, 2024, prior to 1:00 p.m.; or (c) July 12, 2024, at any time. Defendants sincerely apologize for any inconvenience the requested adjournment may cause the Court.

Insofar as the Court grants the requested adjournment, defendants respectfully request that the Court issue a revised order for the Warden or other official in charge of the George R. Vierno Center[2] to produce plaintiff for the Initial Conference.

---

[1] This case has been assigned to Assistant Corporation Counsel Zoe Reszytniak, who is not yet admitted to the Southern District of New York. Ms. Reszytniak is handling this matter under my supervision and may be reached at (212) 356-2547 or zreszytn@law.nyc.gov.

[2] Upon information and belief, plaintiff is now residing at the George R. Vierno Center. Plaintiff indicated he plans to update his address with the Court in the near future.

Thank you for your time and consideration.

                                              Respectfully submitted,

                                              /s/ *Zachary Kalmbach*

                                              Zachary Kalmbach
                                              *Senior Counsel*
                                              Special Federal Litigation Division

CC:    <u>VIA FIRST-CLASS MAIL</u>
        Amaury Urena
        *Plaintiff* pro se
        B&C No. 2412302807
        George R. Vierno Center (GRVC)
        09-09 Hazen Street
        East Elmhurst, New York 11370

---

**APPLICATION GRANTED:** The Initial Conference set for 6/27/2024 at 11:00 AM before Magistrate Judge Katharine H. Parker is rescheduled to <u>Tuesday, July 30, 2024 at 12:00 p.m.</u> It is hereby ORDERED that the Warden or other official in charge of the Rose M. Singer Enhanced Supervised Housing produce <u>plaintiff Amaury Urena., Booking #2412302807, on Tuesday, July 30, 2024, no later than 12:00 p.m.,</u> to a suitable location within Rose M. Singer Enhanced Supervised Housing that is equipped with a telephone, for the purpose of participating by telephone in a conference with the Court and defendants' counsel. If the scheduled time and date presents a hardship, the Warden or the Warden's designee should promptly inform chambers by calling (212) 805-0234. The Parties are directed to review Judge Parker's Individual Rules of Practice in Civil Cases. Plaintiff is directed to complete the Proposed Case Management Plan for Pro Se Plaintiffs and mail it to The Honorable Katharine H. Parker, U.S. District Court, 500 Pearl Street Room 750, New York, New York 10007 one week before the scheduled conference. Defendants' counsel must: (1) send this Order to the Warden immediately; (2) contact the Rose M. Singer Enhanced Supervised Housing unit to arrange the call and determine the telephone number at which the plaintiff will be reachable at the above time and date; (3) complete the Proposed Case Management Plan For Pro Se Plaintiffs and e-mail it to Parker_NYSDChambers@nysd.uscourts.gov, and (4) telephone Judge Parker's teleconference line at <u>(866) 434-5269, Access code: 4858267,</u> with the plaintiff on the line, at the time and date of the conference.
<u>The Clerk of Court is requested to mail a copy of this order to the plaintiff.</u>

APPLICATION GRANTED

*Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.
05/29/2024

2