USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/11/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

AMAURY URENA,

                    Plaintiff,

       -against-

CITY OF NEW YORK, et al.

                    Defendants.
------------------------------------------------------------------X

23-CV-6967 (JLR) (KHP)

**POST-CONFERENCE ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

On February 10, 2025, the parties appeared before the undersigned for a case management conference. As discussed at the conference and set forth below:

**By April 10, 2025,** Defendants shall file a Motion for Summary Judgment limited to the issue of whether Plaintiff's release in a separate case renders this case moot. Plaintiff shall file his opposition **by May 12, 2025**. Defendants shall file their reply **by May 27, 2025**. Defendants are not precluded from filing a Motion for Summary Judgment on other issues after the close of discovery.

**By February 28, 2025,** Defendants shall produce to Plaintiff the transcript in the underlying criminal case for the date December 21, 2022 as well as the "radio runs" from the date of Plaintiff's arrest regarding Plaintiff's arrest. Additionally, Defendants shall reproduce to Plaintiff on a USB drive all discovery previously produced on a CD, except Defendants may reproduce in another format if it is not possible to provide the information on a USB drive so long as Plaintiff can access the information.

**The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff.**

**SO ORDERED.**

DATED: February 11, 2025
        New York, New York

*Katharine H. Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge