**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------X
AMAURY URENA,

|                                    Plaintiff,        |        23 **CIVIL** 6967 (JLR)        |

        -against-                                               **JUDGMENT**

THE CITY OF NEW YORK, WILL
RODRIGUEZ, LAUREN MORTARTY, IMRAN
ALLI, and JUAN CANDELARIO,

                                   Defendants.
-------------------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated March 11, 2026, Defendants' motion for summary judgment is GRANTED. Judgment is entered in favor of Defendants; accordingly, the case is dismissed with prejudice and the case is closed.

**Dated:**  New York, New York

        March 11, 2026

                                  **TAMMI M. HELLWIG**
                                _____
                                  **Clerk of Court**

                **BY:**  _____
                        **Deputy Clerk**